■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BURRELL, Appellant.— Motion by defendant for the assignment of counsel and other relief, denied on the ground that there is no appeal pending. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CAMPBELL, Appellant.— Motion by appellant for an enlargement of time to perfect appeal granted; time enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CONDON, Appellant.— Motion by appellant to further enlarge his time to perfect the appeal, granted; appellant's time enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARIAN J. STAFFORD, Appellant, v. WILLIAM F. STAFFORD, JR., Respondent.— Motion to modify the order of this court, dated March 23, 1961, in accordance with the stipulation of the attorneys for the parties dated March 24, 1961. On the stipulation of the parties, motion granted; decision dated March 23, 1961, amended by striking out the last two paragraphs and by substituting the following: Motion for a stay denied; appeal ordered on the calendar for the May Term, commencing April 24, 1961; the appeal will be heard on the original papers (including typewritten minutes), and on typewritten briefs. The record and six copies of appellant's typewritten brief (which shall contain a copy of the opinion, if any, rendered by the court below) must be filed, and one copy of such brief must be served, on or before April 10, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ KURT BARDACH et al., Respondents-Appellants, v. MAYFAIR-FLUSHING CORP., Appellant-Respondent, et al., Defendants.— In an action by tenants of an apartment house for a judgment declaring their right to the use of an adjoining vacant parcel of real property owned by defendant Mayfair-Flushing Corp., and for injunctive relief, the parties cross appeal as follows from a judgment of the Supreme Court, Queens County, dated August 19, 1960, and entered August 29, 1960, after a nonjury trial: (1) Defendant Mayfair-Flushing Corp. appeals from the entire judgment which, inter alia: (a) declares that plaintiffs, "in common with all persons now tenants or who may hereafter become tenants", have an easement in certain real property for vehicle and pedestrian traffic, light and air, and use as a garden, recreation and play area; and (b) enjoins defendants from interfering with such easement. (2) Plaintiffs appeal from so much of said judgment as denies them an extra allowance, pursuant to section 1513 of the Civil Practice Act. Judgment modified on the law by deleting from subdivision 1 of the third decretal paragraph the words "or who may hereafter become tenants". As so modified, judgment affirmed, without costs. The findings of fact contained in the decision of the Special Term are affirmed. In our opinion, based upon the findings, the judgment should restrict the benefits of the easement to those who are now tenants in the subject premises. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. [26 Misc 2d 32.]